# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW BLANCHARD** | : |
| Petitioner, | : |
| vs. | :    **CIVIL ACTION NO. 18-0188-TM-N** |
| **S. BUTLER,** | : |
| Respondent. | : |

## **JUDGMENT**

In accordance with the order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are hereby **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

**DONE and ORDERED** this 22nd day of October, 2018.

      /s/ Terry F. Moorer
      TERRY F. MOORER
      UNITED STATES DISTRICT JUDGE